IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:24-MJ- |
| | ) | |
| MARKO CARTER, | ) | Court Date: April 1, 2024 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor–E1611775)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 29, 2024, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MARKO CARTER, stole things of value from the Army and Air Force Exchange Service, a department and agency of the United States, to wit: a Secure Digital card with a value less than $1,000.

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:           /s/
M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3896
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 25, 2024, a true and correct copy of the Criminal Information was mailed to the defendant.

         By:    /s/
            M. Kyle Richardson
            Special Assistant United States Attorney
            United States Attorney's Office
            Eastern District of Virginia
            2100 Jamieson Avenue
            Alexandria, VA 22314
            Phone: (703) 299-3896
            Fax: (703) 299-3980
            Email: matthew.richardson2@usdoj.gov